**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PHILIP MORRIS USA, INC.,

    Plaintiff,

v.   Case No: 8:12-cv-1212-T-30TBM

TOBACCO ROAD STORES OF LARGO, INC., TOBACCO ROAD STORES OF PINELLAS PARK, INC., ANDREA GEARHART and CLINT GEARHART,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1212 dismiss 15.docx